[No. 19240-3-II.    Division Two.    November 15, 1996.]

VIVIAN WALLACE, *Respondent*, v. CHRISTINE HANNAH, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-05096-1, Thomas R. Sauriol, J., entered February 7, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Bridgewater, J.

[No. 19264-1-II.    Division Two.    November 15, 1996.]

*In re the Exchange of Real Property by* PIERCE COUNTY, ET AL.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-05426-3, Thomas R. Sauriol, J., entered February 10, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Turner, J.

[No. 19303-5-II.    Division Two.    November 15, 1996.]

DALE CARRELL, *Appellant*, v. PIERCE COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-04754-5, Brian M. Tollefson, J., entered March 15, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Armstrong, J.